FILED

MAR 15 AM 10: 38

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:01-cv-266-Oc-10GRJ

KRISTINE MARY NELSON, as Personal
Representative of the Estate of Robert Bruce
Nelson,

           Plaintiff,

vs.

FREIGHTLINER LLC, a foreign limited
liability corporation, INTERSTATE
EQUIPMENT LEASING, INC.,
a foreign corporation, and SWIFT
TRANSPORTATION CO., INC., a
foreign corporation,

           Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING DISCLOSURE OF
WILLIAM R. ANDERSON, M.D., PURSUANT TO RULE 26 AND IN
RESPONSE TO VARIOUS DEFENDANT MOTIONS (DOC. #'S 123, 124, 125 AND 126)**

COMES NOW, Plaintiff, Kristine Mary Nelson, as Personal Representative of the

Estate of Robert Bruce Nelson, by and through the undersigned attorneys, and pursuant

to the court's Order dated March 25, 2003, and hereby gives notice to all parties herein

of the filing with the Clerk of this honorable Court the Rule 26 Disclosure of William R.

Anderson, M.D.

As noted by the Plaintiff in her Responses (Doc.#'s 136, 137, 138, 141), Plaintiff

submits this disclosure in response to the Defendants' Motion to Exclude Results of

Carboxyhemoglobin Testing Performed on Robert Bruce Nelson's Blood Sample

(Doc.#123), Defendants' Motion for Final Summary Judgment (Doc.#126), Swift

*152*

Transportation Co., Inc.'s, Motion for Summary Judgment (Doc.#124), Freightliner

LLC's Motion for Partial Summary Judgment As to Count III (Negligence – *Res Ipsa*

*Loquitur*) of Plaintiff's Complaint (Doc.#125).


### CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing instrument has

been furnished by Federal Express to:  **Myron Shapiro, Esquire,** and **Kenn W. Goff,**

**Esquire,** Herzfeld & Rubin, 80 S.W. 8th Street, Suite 1920, Miami, FL  33130 (attorneys

for Freightliner LLC, Swift Transportation Co., Inc. and Interstate Equipment Leasing,

Inc.); this _14th_ day of April, 2003.

FROST TAMAYO SESSUMS
& ARANDA, P.A.


John W. Frost, II
Florida Bar No. 030910
John Marc Tamayo
Florida Bar No. 030910
Post Office Box 2188
Bartow, FL  33831-2188
(863) 533-0314
(863) 533-8985 (FAX)

**Attorneys for Plaintiff**





FORENSIC DIMENSIONS

*Injury Pattern Analysis*

*Medical Evidence*

*Forensic Pathology*

*Crime Scene Operations*

*William R. Anderson MD*
*M.A. Raven RN*

April 14, 2003

John Marc Tamayo, Esq.
Frost, Tamayo, Sessums & Aranda, PA
Attorneys at Law
Post Office Box 2188
Bartow, FL 33831

      Re:    *Nelson vs. Freightliner LLC, et al.*

Dear Mr. Tamayo:

I have, at your request, reviewed the following items:

- Dr. Robert DeMott's Expert Declarations dated August 6, 2002, November 20, 2002, and February 8, 2003;
- Deposition transcript of Dr. Robert DeMott;
- Medical Examiner Report and Deposition transcripts of Donna Hunsaker, M.D., and associated exhibits;
- Michael Ward deposition and exhibits;
- Deposition transcript of Dr. Mark Montgomery;
- Report of Dr. Mark Montgomery; and
- Report of Dr. Cyril Wecht;
- Report of Terrance Douglas;
- Report of Ronald Bredemeyer; April, 2002
- Michael Ward Affidavit;
- Dr. Robert DeMott Affidavit;

and other relevant information concerning the death of Robert Bruce Nelson.

      Based upon my experience and my review of pertinent information regarding the death of Robert Bruce Nelson, I have reached certain conclusions and opinions in this case.

)                              )

Tamayo, john Marc
04/13/03
Page 2

## Carboxyhemoglobin Results

I have reviewed the methodology and results of the Kentucky toxicology lab which performed the carboxyhemoglobin testing relevant to this proceeding. I have reviewed the differential spectrophotometric method used by this laboratory and find it to be scientifically reliable and perfectly appropriate for use in testing Robert Bruce Nelson's blood sample. Based upon my own experience, including daily interactions with toxocologists in the lab I use, the results of the method used by the Kentucky laboratory is clearly an accepted analytical technique in the world of practicing forensic toxicologists. The Kentucky lab technique factors any potential interference such as methemoglobin by using the same specimen of blood and oxygenating one sample, carboxylating another sample, and analyzing the third remaining specimen in comparison to the oxygenated and carboxylated samples.

This methodology is employed in a number of crime laboratories around the country and represents a significant improvement in analytical accuracy in post-mortem samples, often times comparing favorably when samples are run concurrently with the GC-MS methodology.

Based upon my own experience and education, the decomposition noted by Dr. Donna Hunsaker's post-mortem examination did not play a significant, if any, role in the carboxyhemoglobin results. Dr. Hunsaker testified that the blood alcohol on Robert Bruce Nelson determined form the post-mortem blood sample was 0.016 gm/dl, and that the alcohol level was a result of decomposition. With truly severe decomposition, significant amounts of alcohol can be produced by endogenous bacterial agents. In many cases the measured blood alcohol may be artifactually raised to levels of 0.08-0.10 gm/dl. Consequently, it is evident that while some decomposition was present, the amount of deterioration was less than in extremely severe decomposition situations. Ward also made no notation of decomposition in his results and is confident that no interfering factors affected the results.

In my own experience and that of the laboratory which I use in my practice, decomposition would not account for more than five percent (5%) carboxyhemoglobin, and, in the most severe situations, ten percent (10%) carboxyhemoglobin. As decomposition does not have a significant effect on carboxyhemoglobin levels, its effect on the sixty-seven percent (67%) reading from the Kentucky lab (of which I believe there is none) would be an insignificant amount as clearly a carboxyhemoglobin level of roughly sixty percent (60%) could likewise kill an individual.

The level of CO in the blood is not directly related to the level in the ambient atmosphere because it is also time dependent. Whether the parts per million of carbon monoxide is 50 parts per million or 350 parts per million, the physiological effects of carbon monoxide are the result of a competitive binding situation as compared with oxygen. The affinity of hemoglobin for CO molecules is about 200 times that of oxygen.

)                                          )

In closed environments such as the cab of a vehicle, the occupant will use up oxygen through normal breathing and this will decrease the effective oxygen in the ambient atmosphere allowing even more CO to be taken up by the hemoglobin when inhaled. Consequently, to assume that the CO concentration in an oxygen-depleted environment would be simply that amount measured for a short interval emanating from the exhaust of the truck would ignore both the depletion of oxygen by the victim and the closed environment. My own clinical experience and common sense dictate that carbon monoxide from any combustion engine, including a diesel engine, can cause death. Even the CO levels as shown in the Terrance Douglas report is sufficient to cause death if it accumulates.

The methodology used by the Kentucky lab and Michael Ward, a chemist with 27 years experience, is efficient, reliable, and well accepted in the scientific community. Ward even had his laboratory re-check his result before forwarding it to Dr. Hunsaker. It is certainly not necessary for a laboratory to use a completely different methodology to recheck a carboxyhemoglobin reading, and as a medical examiner, I would neither expect nor require the lab to use a different methodology, especially when the one they are using is proficient.

## Medical Examiner's Findings

Dr. Donna Hunsaker determined that the cause of Mr. Nelson's death was from carbon monoxide intoxication due to motor vehicle exhaust. Based upon her autopsy findings, the circumstances surrounding Mr. Nelson's death, the carboxyhemoglobin test results, and my experience, it is also my opinion within a reasonable degree of medical probability that Mr. Nelson died from carbon monoxide intoxication from the Freightliner vehicle in which he was found. Dr. Hunsaker performed an accurate and complete post-mortem evaluation and properly ordered the carbon monoxide test to further determine the mechanism of death given the circumstances surrounding the death. It is not unusual to allow a death certificate to be issued pending further result as, typically, families need the death certificate to make arrangements. It is certainly not unusual to amend a death certificate after further facts become evident, and indeed, it would below the standards of good practice had Dr. Hunsaker not made such amendments when it became clear that the cause and manner of death needed to changed.

Although it is evident that Robert Bruce Nelson had some level of pre-existing cardiac disease, he had no acute processes in the heart. His cardiac function was certainly good enough that he tolerated a sixty-seven percent (67%) carboxyhemoglobin level while maintaining cardiac activity.

Obviously, his heart and lungs functioned during the build-up of carbon monoxide. Had his heart been truly weak, it would not have been unusual for Mr. Nelson to have died with a thirty to forty-five percent (30%-45%) carbon monoxide level. Had he died at that level, that would have been the reading of the carboxyhemoglobin level from the Kentucky laboratory. Carbon monoxide certainly does not increase after a person has passed away.

Furthermore, no myocardial scars were noted and the autopsy indicated no prior myocardial infarctions. Dr. Hunsaker considered Mr. Nelson's pre-existing cardiac disease when she amended her diagnosis, and as the medical examiner who actually performed the autopsy, she certainly was in the best position to determine the cause of death given the test results and her own findings. It is, therefore, also my opinion within a reasonably degree of medical probability, that Mr. Nelson did not die from ischemic heart disease.

It is not the role of the medical examiner to have to eliminate other potential sources of carbon monoxide exposure when "other sources" are not apparent or even remotely likely. I have seen no evidence of any other potential source for this carbon monoxide exposure other than the Freightliner vehicle in which Mr. Nelson was found dead. Carbon monoxide exposure from items such as a propane tank or methylene chloride was obviously not a factor in Mr. Nelson's death, nor have I seen any evidence to support "other sources" having any relevance to this matter.

In my opinion, within a reasonable degree of medical probability, Dr. Donna Hunsaker performed a thorough post-mortem examination of Robert Bruce Nelson and arrived at not only a forensicly defensible cause of death and source of exposure in this case, but accurately ruled the cause of death, based upon the available investigative information, to be carbon monoxide intoxication from motor vehicle exhaust.

If further material is made available for my review, I reserve the right to supplement any of the above opinions.

Thank you.

William R. Anderson, M.D.

)                                        )

### William R. Anderson MD

### curriculum vitae

**autobiographical sketch:**

**MEDICAL SCHOOL:**

University of Miami School of Medicine
Miami, Florida
MD 1968

**RESIDENCY TRAINING:**

Strong Memorial Hospital
University of Rochester School of Medicine
Rochester, New York
1968-1970
**Anatomic Pathology**

Duke University Hospital
Duke University School of Medicine
Durham, North Carolina
1973-1974
**Cardiac Pathology**
**Clinical Pathology**

University of North Carolina Medical Center
University of North Carolina School of Medicine
Chapel Hill, North Carolina
1974-1976
**Forensic Pathology**
**Clinical Pathology**

**BOARD CERTIFICATION:**

American Board of Pathology
1976
**Anatomic & Forensic Pathology**

1980
**Clinical Pathology**

)                                    )

William R. Anderson MD
Page 2

**professional experience:**

• Submarine & Diving Medical Officer, U.S. Navy (1970-1972)
• Assistant Chief Medical Examiner, North Carolina (1974-1976); county medical examiner, Durham, N.C. (1973-1974)
• Associate to the Chief Medical Examiner, Los Angeles, Ca. (1976-1977)
• Medical Examiner, Cobb & DeKalb Counties, GA (1977-1979)
• Pathologist & Laboratory Director, Diagnostic Pathology Associates, Atlanta, Ga. (1979-1986). (Anatomic, Clinical & Forensic pathology services to a network of hospitals in north Georgia; director of clinical chemistry )
• Medical Director & Pathologist, International Clinical Laboratories, Syosset, NY. (1986-1987)
• Forensic Pathologist and Consultant in Pathology & Legal Medicine, Atlanta, GA.(1979-1990 ); ( consultant to the Office of the Medical Examiner, Cobb & DeKalb Counties)
• Consultant in Forensic Pathology & Legal Medicine, (1988-present )
• Associate Medical Examiner, Collier County, FL; Coroner's Pathologist, Naperville, IL (1988-1990)
• Consultant in Medical Hazardous Waste Management: Scientific Waste Systems, Atlanta,GA.
• Deputy Chief Medical Examiner, District 9, Orlando, FL. (1990-2002)
• Medical consultant, Orange County, FL., sexual battery evaluation & treatment, and analysis of injury patterns in child abuse cases (1990-present )
• Surgical Pathology & Laboratory Director, Orange County Medical Clinic (1991-1994 )
• Co-Director of Medical Education in Forensic Medicine, Orlando Regional Healthcare System--Trauma Surgery & Emergency Medicine (1991-present)
• Director of Forensic Pathology Post-Graduate Training Program, Office of the Medical Examiner, District 9, Orlando, FL.(1991-present)
• Expert Witness Consultant Program, Dept. of Professional Regulation, State of Florida
• Pathologist Consultant & Autopsy Service: Central Florida Tissue Bank & TransLife Tissue Bank, Orlando, FL (1992-present)
• Pathologist, Office of the Medical Examiner, District 12, Sarasota, FL (2002-present)

As Associate & Chief Medical Examiner in North Carolina, California, Georgia, & Florida, I have performed over 5000 autopsy & clinical patient examinations in medicolegal cases and have been involved in testimony in over 300 cases in both the criminal and civil justice systems.

As a practicing hospital pathologist, I have been involved with both the clinical laboratory and surgical pathology, and the information processing and data transfer aspects in both the in-patient and out-patient setting. The laboratory network in northern Georgia encompassed two major base hospitals, and a series of satellite hospital laboratories providing local and referral services. In addition to director of clinical chemistry, this included management of laboratory personnel, coordination of all phases of testing services--from collection to issuing reports--, and physician educational activities related to effective utilization of laboratory services.

William R. Anderson MD
Page 3

In association with the surgical trauma service at Orlando Regional Medical Center, a comprehensive program in clinical forensic medicine has been developed. Utilizing the data gathered from non-surviving trauma patients, in a prospective manner, through an extensive educational and consultative interactions with providers at all levels of the trauma care system.

)                    )

William R. Anderson MD
Page 4

**professional experience(cont'd):**

The injury pattern information is used by the clinician to better appreciate the distribution of damages that might be expected in specific types of patient trauma situations, and improve the effectiveness of various diagnostic and therapeutic approaches--ultimately having a positive effect on patient outcomes.

As a consultant in legal medicine & forensic pathology, I have studied extensively injury patterns caused by physical, chemical & environmental agents, both from the standpoint of changes in tissues & organ systems, as well as to the determination of specific cause-and-effect relationships. This approach has been helpful in delineating pathologic changes as they relate to patient outcomes-- including the efficacy of diagnostic testing, the appropriateness of therapeutic procedures, and other patient care issues encountered in the risk-management setting.

In developing the areas of clinical forensic medicine & telemedicine, the focus has been on conveying information through the utilization of visual imaging techniques, including photography, digital imaging, as well as videotaping--with the ultimate application of these techniques in direct real-time image transmission. This approach has resulted in the presentation of many seminars to physicians, nurses, EMS, and other providers of trauma care--including an ongoing workshop presented for 7 years at the annual meeting of the American Academy of Forensic Sciences, authoring of the textbook "Forensic Sciences in Clinical Medicine", as well as visual evidence presentation in court.

In order to address the increasingly prevalent problem of handling specimens and other items of evidentiary importance in the hospital and other clinical patient situations, an educational packet was developed. This is presently being marketed to forensic nurses and hospitals, and is intended to be part of an integrated specimen management system.

I have developed a series of educational modules to be utilized by various members of the trauma team--including EMS, trauma nurses and physicians--addressing the application of injury pattern analysis to patient evaluation, care, and treatment, in the clinical setting. These modules are primarily visual images, presented as 35mm slides & videotape--and will ultimately be available on a CD-ROM format.

As consultant pathologist to several tissue & organ procurement organizations, I am presently developing an intra-operative video system protocol to allow forensic pathologists to remotely evaluate potential organ donor candidates by viewing external and internal injury patterns--thereby giving them an opportunity to document evidence of injury prior to the introduction of artifact during the harvesting operation.

In my capacity as a clinical physician in the evaluation of sexual assault and pediatric trauma patients, I have been involved in documentation of clinical findings utilizing an visual format--both through still-photography and video imaging. As with the organ donor patients, all the formats & techniques have been developed, with the final step of real-time video transmission to be instituted in the near future.

William R. Anderson MD
Page 5

William R. Anderson MD
Page 6

**clinical appointments & committees:**

• Clinical Instructor, Emory University School of Medicine, 1978-1980
• President, Atlanta Pathology Society, 1984-1985
• Clinical Assistant Professor, SUNY, Stony Brook, 1987-1988
• Director Medical Education & Forensic Training Program, Office of the Medical Examiner, District 9, Orlando, FL
• Department of Pathology (anatomic, clinical & forensic pathology), Orlando Regional Healthcare Systems, Orlando, FL.(1990-1999)
• Department of Surgery, Division of Trauma (forensic & trauma pathology), Orlando Regional Healthcare Systems, Orlando, FL.(1999-present)
•Serious Reportable Incident Committee, Orlando Regional Healthcare Systems (ORHS), Orlando, FL.
• Trauma Quality Assurance Committee: ORHS, Orlando, FL.
• Trauma Patient Outcomes Committee: ORHS, Orlando, FL.
• National University: On-line graduate education: Forensic Sciences, Instructor

**professional interests:**

Areas of professional expertise include:

• medicolegal considerations in surgical pathology, laboratory medicine & treatment outcomes

• specimen handling & clinical management of medical evidence

• clinical forensic medicine and clinical evaluation of injury patterns from the standpoints of mechanism and outcome

• effective utilization and quality assurance in medical laboratory diagnostic testing & interpretative procedures, including point-of-care testing

• the role of the pathologist in the clinical determination and evaluation of patient outcomes

• clinical & pathological changes resulting from exposure to environmental toxic materials

• medical consultant in hazardous waste handling procedures, Scientific Waste Systems, Inc., Atlanta, GA. (1988-1991)

• death & injury patterns related to child abuse;

• cardiac pathology related to sudden death & medicolegal implications

• cardiomyopathy and its relationship to environmental interactions

)                                    )

William R. Anderson MD
Page 7

• injury pattern analysis & clinical forensic medicine

• immunologic aspects of environmentally-related diseases

• forensic sciences applied to the clinical arena--education, diagnosis and treatment issues

)                                              )

William R. Anderson MD
Page 8

**bibliography:**

1) "Cardiac Conduction System in Sudden Infant Death Syndrome": presented at International Academy of Pathology, 1969

2) "Self-inflicted Bite Marks in Child Abuse": <u>Forensic Science & Legal Medicine</u>, 1976

3) "Sniffing Syndrome": presented American Academy of Forensic Sciences, 1976

4) "The Prosecution's Medical Expert: How Often Unbiased?": <u>The Georgia Defender</u>, January,1985

5) "Iatrogenic Death & Injury: The Healthcare System": <u>Trauma</u>, April, 1987

6) "Iatrogenic Death & Injury, part 2, Non-traditional Healthcare Environment": <u>Trauma</u>, April,1988

7) "Medicolegal Investigation in Georgia": <u>The Georgia Defender</u>, July, 1988

8) "Review Lab Test Results with Care & Skepticism": <u>The Verdict</u>, (Journal of the Georgia Trial Lawyers Assoc.), August, 1988

9) Medicolegal Seminar: Atlanta Pathology Society Annual Slide Seminar, 1985, Atlanta, Ga.

8) Surgical Pathology of Iatrogenic Diseases ( study & abstract in preparation)

9) "Medical Malpractice--New Actors?" presented American Academy of Forensic Sciences, February 1984.

10) Lethal Outcomes of Non-Deadly Force (study in progress)

11) <u>Misrepresentation of Scientific Evidence</u>: Winter Seminar Georgia Criminal Defense Lawyers Association, November, 1988.

12) <u>Misrepresentation of Scientific Evidence</u>: presented, American Academy of Forensic Sciences, Feb. 1989

13) Pathology of Trauma. Instructor, Emergency Medical Services Course; Valencia Community College, Orlando, FL. 1990-present

14) Forensic Sciences in Clinical Medicine: presented American Academy of Forensic Sciences, February, 1992

15) <u>Forensic Sciences in Clinical Medicine</u> cc.1993, Author & Workshop Chairman, presented at the American Academy of Forensic Sciences, 1993, -94, -95, -96, -97, -98

)                              )

William R. Anderson MD
Page 9

**bibliography (cont'd):**

16) Forensic Sciences in Clinical Medicine:  Legal Medicine, Cyril Wecht MD Editor, 1995 Michie Publishers

17) Emergency Medical Services--Crime Scene Operations seminar series: presented at Firehouse (Nat'l Assoc. of Firefighters) meeting, Baltimore, 1995

18) Emergency Medical Services--Crime Scene Operations seminar series: presented in Ohio, New York, Florida-- 1995-1998

19) Forensic Sciences in Clinical Medicine cc.1993, Forensic Specialty Conference, Moderator, presented at the US & Canadian Academy of Pathology: 1997, 1998.

20) Forensic Sciences in Clinical Medicine: William R. Anderson MD;  Lippincott-Raven Publishers: New York, NY. 1998

21) Striatal Dopamine, Dopamine Transporter, and Monamine Transporter in Chronic Cocaine Users: Kisch, S., Anderson, W., Wilson, J., et al.; Annals of Neurology: vol.40, pp.428-439. Sept. 96.

22) Management of Hazardous Medical Waste Materials: Fla Funeral Director, May 1990.

23) Forensic Evidence Management in Clinical Medicine; cc. 1997: Forensic Dimensions; educational module for hospital & forensic nurses.

24) Forensic Science: What Every Physician Should Know in the next Millenium: The development of medical school cirricula--(presentation @ American Academy of Forensic Sciences, annual mtg. 1999)

25) Evidence Management in the Healthcare System: cc.1999, Author & Workshop Chairman, presented at the American Academy of Forensic Sciences, 1999

26) Evidence Management in the Healthcare System: cc.1999, Author & Workshop Chairman, presented at the International Association of Forensic Sciences, 1999

27) Medical Examiner Database in Clinical Medicine: Anderson, WR; presented at National Association of Medical Examiners Annual Meeting, Sept 2000

28) Pathology of Systemic Inflammatory Response Syndrome: Anderson, WR; presented at National Association of Medical Examiners Annual Meeting, Sept 2000

29) Injury Patterns: Forensic Sciences in Civil Litigation: Anderson, WR,  presented to Southern Association of Trial Lawyers; Feb. 2001

)                                                )

William R. Anderson MD
Page 10

30) <u>How Forensic Sciences Can Aid the Clinician</u>: Anderson, WR; presented to Interstate
Postgraduate Medical Association; Nov. 1999

31) <u>How Forensic Sciences Can Aid the Clinician</u>: Anderson, WR; presented to US-
Turkish International Forensic Medicine Conference; Sept. 2002



Last Name Noland   First Name Lonnie   Initial

Date of Initiation 2/11/1999

Attorney James Richard Hooper   Case Style Lonnie Noland vs Bogie & Orr Orange Co FL C701-4031

Last Name Sparks   First Name June   Initial

Date of Initiation 4/7/1999

Attorney Robert Dellerkes   Case Style

Legal   Case Type Clinical Referral
File Type Plaintiff Civil
Export Status Plaintiff Civil

Synopsis

Legal   Case Type Autopsy PVT
File Type Family Consult
Export Status Plaintiff Civil

Synopsis



Last Name Haines   First Name Charles   Initial

Date of Initiation 6/14/1999

Attorney William Lassiter
720 North Ocean Street
Legal Arts Building
Jacksonville, FL 32202
904-354-0099
904-354-1965 FAX
Case Style

Last Name Plant   First Name Timothy   Initial

Date of Initiation 7/2/1999

Attorney Donald Bleck
904-296-9400
Patricia Starr
904-798-7231
Case Style

Legal   Case Type Autopsy Case Referral
File Type Plaintiff Civil
Export Status Plaintiff Civil

Synopsis

Legal   Case Type Autopsy ME
File Type Defense Civil
Export Status

Synopsis

Last Name  Rivera v Maritime, Inc.    First Name  Juan         Initial

Date of Initiation  7/16/1999

Attorney  Chad Roberts
          904-798-5418                Case Style

Legal        Case Type  Autopsy Case Referral

                                   File Type  Defense Civil

                                   Export Status  [_____]

                         Synopsis  [_____]

---

Last Name  Shuford    First Name  William    Initial  T

Date of Initiation  7/30/1999

Attorney  Keith Mitnik
          407-420-1414                Case Style

Legal        Case Type  Autopsy PVT

                                   File Type  Family Request

                                   Export Status  [Plaintiff Civil]

                         Synopsis  [_____]

---

Last Name  Brooks v Enterprise Leasing    First Name  Scott    Initial

Date of Initiation  9/10/1999

Attorney  Dan DeCiccio
          407-740-4111                Case Style  Brooks v Fuller & Enterprise
                                                   Leasing
                                                   E96-6819

Legal        Case Type  Medicolegal Consultation

                                   File Type  Defense Civil

                                   Export Status  [Defense Civil]

                         Synopsis  [_____]

---

Last Name  Hurley    First Name  Lucille    Initial

Date of Initiation  10/1/1999

Attorney  Kathryn Snapka Esq.
          Attorney at Law
          345 North Broadway
          Suite 800
          Corpus Christi, TX 78403
          (361) 888-7676                Case Style

Legal        Case Type  Medicolegal Consultation

                                   File Type  Plaintiff Civil

                                   Export Status  [_____]

                         Synopsis  [nursing home neglect]



Last Name  Campbell          First Name  Elizabeth          Initial

Date of Initiation 12/7/1999

Attorney   Cloretta H. Hall Esq.          Case Style
           Attorney at Law
           Gary, Williams, Parenti & AJ
           Attorneys at Law
           Waterside Professional Building
           221 East Osceola Street
           Stuart, FL 34994
           (561) 283-8260
           (561) 783-2487 fax
           800-329-4259 toll free

Legal                              Case Type    Autopsy PVT
                                   File Type    Family Consult
                                   Expert Status

                          Synopsis

Last Name  Acovedo          First Name  Julismita          Initial

Date of Initiation 12/20/1999

Attorney   Ricardo A. Garcia (Rick)          Case Style
           Michael Guerra *
           956-630-2882

Legal                              Case Type    Med-legal Consultation
                                   File Type    Plaintiff Civil
                                   Expert Status

                          Synopsis

Last Name  Bailey          First Name  Veda          Initial

Date of Initiation 1/13/2000

Attorney   Don Russo          Case Style

Legal                              Case Type    Med-legal Consultation
                                   File Type    Plaintiff Civil
                                   Expert Status

                          Synopsis

Last Name  Friel          First Name  Dan          Initial

Date of Initiation 2/8/2000

Attorney   Dennis Hightower          Case Style

Legal                              Case Type    Med-legal Consultation
                                   File Type    Plaintiff Civil
                                   Expert Status

                          Synopsis



Last Name  Castillo                        First Name  Miguel            Initial

Date of Initiation  2/19/2000

Attorney    Preston Henrichson
            956-383-3333                   Case Style

Legal [illegible]                          Case Type    Autopsy Case Referral

                                           File Type    Plaintiff Civil

                                           Export Status [illegible]

                                           Synopsis


Last Name  Perry                           First Name  Henry             Initial

Date of Initiation  3/10/2000

Attorney    Kimberly Sands                 Case Style
            Michael Carter Esq.
            Attorney at Law
            Morgan, Colling & Gilbert
            Attorneys at Law
            First Union Bank Center 16th Floor
            20 North Orange Avenue
            Orlando, FL 32801
            (407) 420-1414
            (407) 425-8171 FAX

Legal [illegible]                          Case Type    Autopsy PVT

                                           File Type    Family Consult

                                           Export Status [illegible]

                                           Synopsis


Last Name  Acevedo                         First Name  Julianita         Initial

Date of Initiation  12/20/1999

Attorney    Ricardo A. Garcia (Rick)       Case Style
            Michael Guerra *
            956-630-2882

Legal [illegible]                          Case Type    Med-legal-Consultation

                                           File Type    Plaintiff Civil

                                           Export Status [illegible]

                                           Synopsis


Last Name  Monroe (v Everglades           First Name  Wanda             Initial

Date of Initiation  8/11/2000

Attorney    David King                      Case Style
            George, Hartz, Lundeen & Fulmer
            561-366-9772

Legal [illegible]                          Case Type    Autopsy Case Referral

                                           File Type    Defense Civil

                                           Export Status  Defense Civil

                                           Synopsis



Last Name  Roberts                First Name  Gerald        Initial

Date of Initiation  11/3/2000

Attorney  Anthony J. Caggiano Esq.              Case Style
          Attorney at Law
          Ward & Caggiano
          Attorneys at Law
          208 Park Lake Street
          Orlando, FL 32803
          (407) 244-1212
          (407) 244-3115 fax

Legal                              Case Type   Med-legal Consultation

                                   File Type   Plaintiff Civil

                                   Export Status  Plaintiff Civil

                                   Synopsis


Last Name  Miranda (v. Sagaer)    First Name  Maria         Initial

Date of Initiation  1/12/2001

Attorney  Craig R. Stevens Esq.               Case Style  Miranda v Sagaer
          Attorney at Law
          George, Hartz, Lundeen, Flagg & Fulmer
          Attorneys at Law
          Suite 402 Barnett Centre
          2000 Main Street
          Fort Myers, FL 33901
          (239) 337-7787
          (239) 337-4905 fax

Legal                              Case Type   Med-legal Consultation

                                   File Type   Defense Civil

                                   Export Status  Defense Civil

                                   Synopsis




Last Name  Belanger               First Name  Marie-Lynn    Initial

Date of Initiation  4/18/2001

Attorney  Don Russo Esq.                      Case Style
          Attorney at Law
          Law Office of Don Russo
          Attorney at Law
          7990 Red Road
          Miami, FL 33143
          (305) 665-7171
          (305) 665-7146

Legal                              Case Type   Med-legal Consultation

                                   File Type   Plaintiff Civil

                                   Export Status  Plaintiff Civil

                                   Synopsis


Last Name  Pinkston               First Name  Peggy         Initial

Date of Initiation  10/24/2001

Attorney  Keith Mitnik Esq.                   Case Style
          Attorney at Law
          Morgan, Colling & Gilbert
          Attorneys at Law
          First Union Bank Center 16th Floor
          20 North Orange Avenue
          Orlando, FL 32801
          (407) 420-1414 x3812
          (407) 425-8171
          (407) 383-6871 cell

Legal                              Case Type   Autopsy ME

                                   File Type   Defense Civil

                                   Export Status  Plaintiff Civil

                                   Synopsis   Seminole Co. ME case



Last Name  Lierman (v Bon Secours)   First Name  Joshua   Initial

Date of Initiation  11/1/2001

Attorney  Craig R. Stevens Esq.   Case Style  Greg Lierman v Bon Secours,
Attorney at Law                    Christensen, Colonga et al
George, Hartz, Lundeen, Flegg & Fulmer   20th Judicial Circuit
Attorney at Law                    Charlotte County, FL
Suite 402 Barnett Centre
2000 Main Street
Fort Myers, FL 33901
(239) 337-7787
(239) 337-4308 fax

Legal

Case Type  Med-legal Consultation
File Type  Defense Civil
Expert Status

Synopsis

Last Name  McMullen   First Name  Katie   Initial  A

Date of Initiation  1/21/2002

Attorney  Don Russo Esq.   Case Style
Attorney at Law
Law Office of Don Russo
Attorney at Law
7990 Red Road
Miami, FL 33143
(305) 665-7171
(305) 665-7146

Legal

Case Type  Med-legal Consultation
File Type  Plaintiff Civil
Expert Status

Synopsis

Last Name  Sharpe   First Name  Jaycee   Initial

Date of Initiation  9/11/2002

Attorney   Case Style

Legal

Case Type  TransLife
File Type
Expert Status

Synopsis

Last Name  Morrison   First Name  Stephen   Initial

Date of Initiation  10/19/2002

Attorney   Case Style

Legal

Case Type  Autopsy MD
File Type  Plaintiff Civil
Expert Status

Synopsis